**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

| | |
|---|---|
| **PINE BLUFF SCHOOL DISTRICT,**      ) | |
|                   ) | |
|       **Plaintiff,**           ) | |
|                   ) | |
| **v.**                       ) | **Civil Action No.: 5:18-cv-185-KGB** |
|                   ) | |
| **ACE AMERICAN INSURANCE**     ) | |
| **COMPANY,**                 ) | |
|                   ) | |
|       **Defendant.**          ) | |
|                   ) | |

## ACE'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, Defendant ACE American Insurance Company "ACE") respectfully requests the Court enter an Order granting summary judgment and dismissing all of Plaintiff Pine Bluff School District's ("P.B.S.D.") claims against it, with prejudice, on grounds there is no genuine dispute as to any material fact and that ACE is entitled to judgment as a matter of law.

In support of its Motion, ACE relies on its accompanying Brief Supporting Motion for Summary Judgment and its Statement of Undisputed Facts, along with the following Exhibits:

Exhibit A – 2015 Policy

Exhibit B – 2016 Policy

Exhibit C – Alexander Complaint

Exhibit D – December 1, 2015 EEOC Charge

Exhibit E – January 21, 2016 EEOC Mediation Statement

Exhibit F – January 28, 2016 EEOC Position Statement

Exhibit G – January 29, 2018 Response to EEOC's Request for Information

Exhibit H – EEOC Dismissal and Notice of Rights

Exhibit I – October 3, 2016 Loss Notice and Accompanying Communication

Exhibit J – October 20, 2016 Email from ACE to P.B.S.D.

Exhibit K – October 25, 2016 Coverage Letter

Exhibit L – November 22, 2017 Email Transmission

Exhibit M – February 14, 2018 Coverage Letter

Exhibit N – August 30, 2018 Order

WHEREFORE, Defendant ACE American Insurance Company respectfully requests that its Motion for Summary Judgment be granted and for all other appropriate relief to which ACE may be entitled.

*/s/David B. Vandergriff*
David B. Vandergriff, ABN # 77137
QUATTLEBAUM, GROOMS & TULL PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201
Phone: 501-379-1780
Fax: 501-379-3880
Email: dbv@qgtlaw.com

*Attorneys for Defendant ACE American Insurance Company*

CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of January, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David A. Hodges, Esq.
david@hodgeslaw.com

*/s/ David B. Vandergriff*