U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**CELESTE M. ALEXANDER**                                **CHARGING PARTY**

V.                              **EEOC CHARGE NUMBER: 493-2016-00340**

**PINE BLUFF SCHOOL DISTRICT**                          **RESPONDENT**

## RESPONDENT'S EEOC MEDIATION STATEMENT

The Respondent, Pine Bluff School District (the "District" or "School District" or "PBSD") for **Respondent's EEOC Mediation Statement**, pursuant to the Notice of Charge of Discrimination ("The Charge"), states as follows:

1. Respondent is a public school district operating in Jefferson County in the state of Arkansas.

2. Respondent is governed by a publicly elected Board of Education (the "Board").

3. Pursuant to Arkansas law, the chief administrative officer of the District, overseeing the day-to-day operations of the District is the superintendent.

4. Dr. T.C. Wallace is the Superintendent of the PBSD, pursuant to his contract with the Board.

5. As of this filing, the PBSD does not desire to participate in the EEOC's Mediation Program and is hereby providing this mediation statement in accordance with Paragraph 5 of The Charge, which required that this statement be provided to Ms. Tamra Glover (Phone number: 501-324-5458), ADR Mediator, EEOC, Little Rock Area Office, 820 Louisiana, Suite 200, Little Rock, AR 72201.

WHEREFORE, the Respondent, PBSD, does hereby request that **Respondent's EEOC Mediation Statement** be accepted by the EEOC as being in full compliance with the requirements of Paragraph 5 of The Charge and any other applicable requirements; that Respondent be accorded any and all other relief to which it may be entitled.

RESPECTFULLY SUBMITTED,

Pine Bluff School District
512 S. Pine Street
Pine Bluff, AR  71601
Phone:      870-543-4205
Fax:         870-543-4208

By: __/s/ Dr. T. C. Wallace__
      Dr. T.C. Wallace
      Interim Superintendent

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a true and accurate copy of the foregoing **Respondent's EEOC Mediation Statement** upon **Ms. Tamra Glover**, ADR Mediator, EEOC, Little Rock Area Office, 820 Louisiana, Suite 200, Little Rock, AR 72201, upon **Ms. Virginia C. Pollard**, Enforcement Supervisor, EEOC, Little Rock Area Office, 820 Louisiana, Suite 200, Little Rock, AR 72201, and upon the Charging Party, **Ms. Celeste M. Alexander**, 6001 S. Cedar Street, Pine Bluff, AR 71603, by using the electronic service portal's Digital Charge System and/or by placing the same in the U.S. Postal Service mail with proper postage on this 21st day of January, 2016.

By: __/s/ Dr. T. C. Wallace__
      Dr. T.C. Wallace
      Superintendent