## U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**CELESTE M. ALEXANDER**                                      **CHARGING PARTY**


**V.**                             **EEOC CHARGE NUMBER:  493-2016-00340**


**PINE BLUFF SCHOOL DISTRICT**                    **RESPONDENT**

### RESPONDENT'S EEOC POSITION STATEMENT

The Respondent, Pine Bluff School District (the "District" or "School District" or "PBSD") for **Respondent's EEOC Position Statement**, pursuant to the Notice of Charge of Discrimination ("The Charge"), states as follows:

1.      Respondent is a public school district operating in Jefferson County in the state of Arkansas and its central office is located at 512 S. Pine Street, Pine Bluff, AR  71601. The number of employees of the District as of January 28, 2016, both certified and non-certified, is approximately 886 employees.

2.      Pursuant to state law, the Respondent is governed by a publicly elected Board of Education (the "Board").

3.      Also pursuant to Arkansas law, the chief administrative officer of the District, overseeing its day-to-day operations, is a superintendent hired by the Board.

4.      Dr. T.C. Wallace is the Superintendent of the PBSD, pursuant to his contract with the Board.  As such, Dr. Wallace is the **person responsible** for responding to the charge.  Notices and information regarding this charge may be sent to him at his **primary physical and mailing work address** as follows:  Dr. T. C. Wallace, Superintendent, Pine Bluff School District, 512 S. Pine Street, Pine Bluff, AR  71601.  Dr. Wallace may

be reached by calling his **primary work telephone number** of: 870-543-4205. His **work fax number** is: 870-543-4208.

5.      Respondent denies that it has either retaliated or otherwise discriminated against the Charging Party on the basis of her having filed a sexual harassment allegation (or for any other illegal or prohibited basis) during the relevant period (June 1, 2015 - December 15, 2015) or at any other time.

6.      With respect to the Charging Party's particulars of the alleged retaliation as outlined in The Charge, Respondent admits that the Charging Party was employed as a temporary Math Lab Instructor under a contract of employment with the District for the 2014-2015 school year.      That contract was for a specific period, with a definite end date of June 2, 2015, because it was funded through Title I grant funds that ended as of that date and which were not subsequently renewed or otherwise continued for that position.  A true and accurate copy of the Charging Party's contract for the 2014-2015 school year is attached hereto as **Exhibit 1** and incorporated herein by reference.

The Charging Party was hired by the District after the 2014-2015 school year was already underway.  As recited in her contract of employment (Exhibit 1), the contract was approved by the PBSD's Board of Education on September 23, 2014.  Based on that approval, the Charging Party signed her contract with the District on September 24, 2014, and was notified by letter bearing the same date that her position was temporary and would, therefore, end at the end of the school year (June 2, 2014).  A true and accurate copy of that letter from Principal Michael Nellums is attached hereto as **Exhibit 2** and incorporated herein by reference.

Within a short period of time after the Charging Party was employed as math lab instructor, a matter was brought to the Principal's attention regarding the Charging Party which had to be addressed by the Principal.  Specifically, by letter dated October 21, 2014, the Principal wrote to the Charging Party to give her notice regarding a matter brought to his attention by the Charging Party's supervisors, Mrs. Andrea Johnson (PBSD Math Dept Chair) and Ms. Cheryl Caldwell (PBSD Math Coach).  Attached hereto as **Exhibit 3 is** a true and accurate copy of the Principal's letter to the Charging Party. Also attached as **Exhibits 4, 4-1 and 4-2** are emails to/from the Charging Party during the relevant timeframe which either prompted the sending of Exhibit 3 or came soon after (and in response to) Exhibit 3.

Another matter arose with the Charging Party regarding what class period of the day the Charging Party would have as a conference or prep (preparation) period.  Although the Charging Party sent an email to one of her supervisors, Ms. Caldwell, wherein the Charging Party stated that the Charging Party did not have a conference period, Ms. Caldwell assured the Charging Party by email dated December 4, 2014, that her prep or conference period was (and always had been) the 3rd period of the school day.  See attached **Exhibit 5**, which is incorporated herein by reference.

This matter regarding the Charging Party's prep or conference period came to the Principal's attention because the Charging Party's supervisors had expressed concern that the Charging Party was "out of pocket" during her assigned class/duty times. The Principal informed the Charging Party that the Charging Party had an assigned prep or conference period (3rd Period) and, additionally, informed the Charging Party that the Charging Party could not "arbitrarily" change her prep period.  A true and accu-

3

rate copy of the Principal's December 5, 2014, letter to the Charging Party is attached hereto as **Exhibit 6** and incorporated herein by reference.

Toward the end of January 2015, another matter came to the Principal's attention regarding the Charging Party.  Namely, the PBSD's Math Coach (Ms. Caldwell), sent a memorandum to the Principal and others on her school's leadership team to alert them to an urgent matter regarding the Charging Party's failure to provide instructional services for a number of classes of students over the course of several days.  A true and accurate copy of Ms. Caldwell's email alert dated January 30, 2015, to the Pine Bluff High School's leadership team is attached hereto as **Exhibit 7** and incorporated herein by reference.

Upon receiving Exhibit 7 and immediately appreciating its urgency, the Principal sent a letter to the Charging Party directing her to schedule a meeting ASAP with Dr. Reginald Wilson (Assistant Principal) and Mrs. Johnson (PBSD Math Dept Chair).  Keeping it short and simple, the Principal notified the Charging Party that this  failure to provide instructional services was "unacceptable".  A true and accurate copy of the Principal's letter to the Charging Party dated January 30, 2015, is attached hereto as **Exhibit 8** and incorporated herein by reference.

Later in the 2014-2015 school year, the Principal had occasion to address the Charging Party regarding instances of insubordinate behavior by the Charging Party and her alleged "uncertainty regarding her designated/assigned work responsibilities".  In addressing those concerns with the Charging Party, the Principal wrote a letter to the Charging Party dated March 4, 2015, wherein he clearly spelled out his expectations of

her for the remainder of the school year.  A true and accurate copy of that letter is attached hereto as **Exhibit 9** and incorporated herein by reference.

As the 2014-2015 school year came to a close, the federal grant funds (Title 1) which had funded the Charging Party's contract ran out and the Charging Party's position as math lab instructor came to the natural end on June 2, 2015, as envisioned at the time her contract was executed in the Fall of 2014.  Grant funds were not awarded for the math lab instructor position for the 2015-2016 school year.  As such, the math lab instructor position could not be (and was not) filled during the 2015-2016 school year — - neither by the Charging Party nor by anyone else.  No one else is performing the duties and responsibilities of math lab instructor.

After her contract and the school year ended, the Charging Party filed a claim of sexual harassment against her Principal, Dr. Michael Nellums.  A true and accurate copy of the District's Sexual Harassment Policy is attached hereto as **Exhibit 10** and incorporated herein by reference.

The Charging Party's allegations of sexual harassment were investigated, her account of the allegations were taken into consideration, statements of witnesses were taken (including from the accused and other staff) were permitted.  The District concluded that there was no evidence to support the Charging Party's claim of sexual harassment and, therefore, not substantiated.  The Charging Party was so notified by the Superintendent.  A true and accurate copy of the Superintendent's determination dated June 15, 2015, is attached hereto as **Exhibit 11** and incorporated herein by reference.

The Charging Party was not demoted and her compensation was not reduced. There was no retaliation against the Charging Party for the reasons stated by her in her

Charge of Discrimination (or for any other reason).  There has been no substantiation of the Charging Party's claim of retaliation because of her unsubstantiated claim of sexual harassment (or for any other reason).

The Charging Party was at liberty to apply for other positions in the District for which she qualified and, if any such application was made, the Charging Party would have been considered for any such position based on the needs of the position and the Charging Party's qualification for any such position —- in accordance with District Policy.  A true and accurate copy of the District's Employment policy and procedures regarding certified staff is attached hereto as **Exhibit 12** and incorporated by reference.

At this time, the District is not aware of any new applications for employment submitted to the District by the Charging Party for any positions for which she was qualified either before or after her position ended on June 2, 2015.

Hiring decisions in the PBSD are made by the PBSD Board of Education based on the recommendation of the Superintendent.  A true and accurate copy of the Organization Chart for the 2015-2015 school year is attached hereto as **Exhibit 13** and incorporated herein by reference.

7.    The Respondent denies each and every charge, claim or other allegation of discrimination, violation or other wrongdoing alleged by the Charging Party in The Charge filed herein.

8.    The Respondent denies each and every allegation of The Charge not specifically admitted herein.

9.     The Respondent reserves the right to further plead, amend, modify or supplement Respondent's EEOC Position statement based on subsequent discovery, investigation, information, findings or other any other available reasons.

10.     Given that this response corroborates that the Charging Party was not subjected to discrimination of any form (whether retaliation or any other basis), and that the Charging Party's 2014-2015 contract of employment ended as envisioned upon the expiration of the underlying grant funding, the Respondent is not aware of any way to resolve The Charge other than outright dismissal for the reasons outlined herein.

WHEREFORE, the Respondent, PBSD, does hereby request that Respondent's EEOC Position Statement be accepted by the EEOC as being in full compliance with the requirements of The Charge, the Notice of Charge of Discrimination, and any other applicable requirements; that the Charge of Discrimination be denied and dismissed; and, that Respondent be accorded any and all other relief to which it may be entitled.


RESPECTFULLY SUBMITTED,


Pine Bluff School District
512 S. Pine Street
Pine Bluff, AR  71601
Phone:        870-543-4205
Fax:            870-543-4208


By: ____/s/ Dr. T. C. Wallace_____
          Dr. T.C. Wallace
          Superintendent

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a true and accurate copy of the foregoing **Respondent's EEOC Position Statement** upon **Virginia C. Pollard**, Enforcement Supervisor, EEOC, Little Rock Area Office, 820 Louisiana, Suite 200, Little Rock, AR  72201, and upon the Charging Party, **Ms. Celeste M. Alexander**, 6001 S. Cedar Street, Pine Bluff, AR  71603, by using the electronic service portal's Digital Charge System and/or placing the same in the U.S. Postal Service mail with proper postage on this 28th day of January, 2016.

By: ____/s/ Dr.  T. C. Wallace_____

Dr. T.C. Wallace
Interim Superintendent

JAN-12-2016 10:26 From:ADMIN          8705434208          To:150-1744187          P.18/45

It is important that the following information (which is not a part of the contract) be given.

Years of training: College UALR/UofM/PEPPERDINE UNIV      Total years of experience_____10_____
Certificate based on_____DOCTORATE_____Degree or      Years of experience in this district____5____
_____Semester Hours      Grade or subject to be taught__MATH LAB COORDINATOR__
Social Security Number__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__      Member of Teacher Retirement_____X_____

# TEACHER'S CONTRACT

STATE OF ARKANSAS                                    COUNTY OF___JEFFERSON___

PARTIES: The___PINE BLUFF_____ School District, Party of the First Part, and

ALEXANDER, CELESTE_____, Party of the Second Part, agree as follows:
EMPLOYMENT: The Party of the First Part by a majority vote of the directors present at a legally held meeting on the __23rd__ day of
__SEPTEMBER 2014_____, agrees to employ___ALEXANDER, CELESTE_____Party
of the Second Part as provided herein:

SERVICE: Party of the Second Part agrees to perform services as follows:

MATH LAB INSTRUCTOR - PBHS_____

_____

_____

_____

TIME: The time period covered by this contract is:___9___Months of school;__190__Days of school;_____Calendar months;
From SEPTEMBER 19, 2014____, to___JUNE 02, 2015___

COMPENSATION FOR SERVICES: Annual compensation under this contract is $48,925___to be paid in__21__installments.

BOARD POLICIES: The personnel policies of each school district in effect at the time a teacher's contract is entered into or renewed shall
be considered to be incorporated as terms of said contract and shall be binding upon both parties unless changed by mutual consent.
(Act 224 of 1983)_____

CERTIFICATION: The Party of the Second Part certifies that at the date of this contract he or she is not under teaching contract with
another school district except for part-time services shared by more than one school district which is listed herein:_____

REFUND OF UNEARNED SALARY: The Party of the Second Part agrees to refund to the school district any salary received for which no
teaching services were rendered. (Ark. Stat. 80-1331)

TERMINATION:_____

_____

OTHER CONDITIONS OF EMPLOYMENT: $2,000 ONE TIME SIGN ON BONUS
ONE YEAR CONTRACT PENDING CONTINUATION OF TITLE I GRANT FUNDING.
OTHER DUTIES AS ASSIGNED  BY THE SUPERINTENDENT.
SALARY WILL BE PRORATED FOR THE REMAINDER OF THE SCHOOL TERM.

_____

_____

Given this, the __24th__ day of __SEPTEMBER 2014__

_Celeste Marie Alexander_
Party of the Second Part (Teacher)

_6001 S. Cedar Street, PineBluff, AR_          71603
Address (Party of the Second Part)

_Harold Jackson_
President of the School Board

_____
Secretary of the School Board

Exhibit 1



**Principal**
DR.MICHAEL NELLUMS

# PINE BLUFF HIGH SCHOOL
711 WEST 11TH STREET
PINE BLUFF, ARKANSAS 71601
(870) 543-4300
(870) 543-4302 FAX

*Assistant Principals*

MRS. EARLEAN COLLINS
MRS. ANDREA JOHNSON
DR. REGINALD WILSON

September 24, 2014

Dr. Alexander:

I spoke with Mrs. Harvey Human Resources today and she told me that all of your paperwork has been completed. She also stated that she made you aware that the position is temporary which ends at the school year 2014-15. Your contracted will therefore be prorated to reflect the start date of 9/24/2014. A copy of your contract is attached for the school files.

You will be located in the Patterson building and be reporting directly to Mrs. Johnson, the Assistant Principal for Patterson, and Ms. Caldwell, our math coach. If you need additional support please see Dr. Wilson as he has worked over the last two years with the math teachers directly. Again, thank you for the kind words but they are not necessary. I just need you to pull up those math scores.

Professionally,

Dr. Nellums

C: Mrs. Johnson
   Dr. Reginald Wilson

Exhibit 2

*Committed to Excellence*



**PINE BLUFF HIGH SCHOOL**
711 WEST 11TH STREET
PINE BLUFF, ARKANSAS 71601
(870) 543-4300
(870) 543-4302 FAX

*Principal*
DR. MICHAEL NELLUMS

*Assistant Principals*
MRS. EARLEAN COLLINS
MRS. ANDREA JOHNSON
DR. REGINALD WILSON

October 21, 2014

Dr. Alexander:

I spoke with Ms. Caldwell and Mrs. Johnson today about a conversation you had with Mrs. Caldwell on yesterday. I am encouraging you to see Mrs. Johnson and set up a meeting with her and Ms. Caldwell. As I stated to you in a letter written on September 24, 2014, you would be reporting to both Mrs. Johnson and to Mrs. Caldwell our math coach.

What I read from Ms. Caldwell and your response to it disturbed me. You speak of untruths and words taken out of context. What exactly did you say to Mrs. Caldwell that she took out of context? You are implying that she is lying about something. What exactly is she lying about? Your program is behind schedule and we are all are of that. IF Ms. Caldwell needs you to make adjustments, and it's within the realm of your professional obligations, I expect you to follow her lead. The notion that you, I and Dr. Wilson agreed that you would have only specific responsibilities and nothing else is not a part of your contract. You and every other teacher on this campus are expected to do what needs to be done.

Dr. Alexander, please don't lend the impression to Mrs. Johnson and Mrs. Caldwell that you are being insubordinate. That is a dangerous road to travel and Mrs. Johnson as building administrator will have to address that. If I have missed something in Ms. Caldwell's letter or in your response, please share it with me in writing. I do not want any misunderstandings with my math folks who all need to be working together to pull up these students' scores.

Professionally,

Dr. Nellums

C: Mrs. Johnson
   Dr. Reginald Wilson

*Exhibit 3*

*Committed to Excellence*

## Michael.Nellums

| | |
|---|---|
| **From:** | Cheryl Caldwell |
| **Sent:** | Tuesday, October 21, 2014 5:50 AM |
| **To:** | Celeste Alexander |
| **Cc:** | Alesia Smith; Andrea Johnson; dr.reginaldwilson@yahoo.com; Earlean Collins; Michael.Nellums; Reginald Wilson; teresa.rambo@gmail.com |
| **Subject:** | Dissatisfaction of Dr. C Alexander |
| **Importance:** | High |

Dr. Alexander,

Thank for you for sharing your concerns yesterday. I feel that your tone was very disrespectful and unprofessional. You and Mrs. Alexander (Math Dept Chair) were making unapproved decisions regarding the PBHS Math Department at home. You stated that you were so tired of all of these executive changes that you and the teachers were having to do every week. Also, you expressed how you are unhappy and dissatisfied with your new teaching assignment. And, this job descriptions were not what you agreed to with Drs. Nellums and Wilson (as you clearly stated to me yesterday). I am suggesting that you send an email message regarding your frustrations to the PBHS administrators and myself. So, we can address it. Thanks.....

Cheryl Caldwell, Math Coach
PBHS

$Exhibit\ 4$

1

**Michael.Nellums**

| | |
|---|---|
| **From:** | Celeste Alexander |
| **Sent:** | Tuesday, October 21, 2014 12:19 PM |
| **To:** | Cheryl Caldwell |
| **Cc:** | Alesia Smith; Andrea Johnson; dr.reginaldwilson@yahoo.com; Earlean Collins; Michael.Nellums; Reginald Wilson; teresa.rambo@gmail.com |
| **Subject:** | RE: Dissatisfaction of Dr. C Alexander |

Hello Ms. Caldwell,

I am unsure of why you have sent this e-mail incorrectly describing the events that occurred yesterday. I did not contact you to share any concerns. Furthermore, most of what you have expressed in this e-mail is untrue or expressed without appropriate context.

Celeste M. Alexander

From: Cheryl Caldwell
Sent: Tuesday, October 21, 2014 5:50 AM
To: Celeste Alexander
Cc: Alesia Smith; Andrea Johnson; dr.reginaldwilson@yahoo.com; Earlean Collins; Michael.Nellums; Reginald Wilson; teresa.rambo@gmail.com
Subject: Dissatisfaction of Dr. C Alexander

Dr. Alexander,

Thank for you for sharing your concerns yesterday. I feel that your tone was very disrespectful and unprofessional. You and Mrs. Alexander (Math Dept Chair) were making unapproved decisions regarding the PBHS Math Department at home. You stated that you were so tired of all of these executive changes that you and the teachers were having to do every week. Also, you expressed how you are unhappy and dissatisfied with your new teaching assignment. And, this job descriptions were not what you agreed to with Drs. Nellums and Wilson (as you clearly stated to me yesterday). I am suggesting that you send an email message regarding your frustrations to the PBHS administrators and myself. So, we can address it. Thanks.....

Cheryl Caldwell, Math Coach
PBHS

Exhibit 4-1

1

## Michael.Nellums

| | |
|---|---|
| **From:** | Celeste Alexander |
| **Sent:** | Thursday, October 23, 2014 10:39 AM |
| **To:** | Cheryl Caldwell |
| **Cc:** | Alesia Smith; Andrea Johnson; dr.reginaldwilson@yahoo.com; Earlean Collins; Michael.Nellums; Reginald Wilson; teresa.rambo@gmail.com; Christa Perry; Loretta Alexander |
| **Subject:** | Unauthorized changes |

Hello Ms. Caldwell,

Ms. Perry visited me on October 22, 2014 and asked if she could place another student into my 6th period class. I told Ms. Perry that she needed to speak with you about any changes. I alerted her to the e-mail that you sent on October 21, 2014.


In addition, Ms. Perry gave me the following weekly progress report and asked me to complete the form:


Again, I told Ms. Perry that she would need to talk to you about this form.

In the past, there has been misunderstandings about my conversations and interactions with teachers which has led to a false accusation that I am making unauthorized decisions. I am working to insure that there are no further misunderstandings. Although I have spoken with Ms. Perry, I believe an additional conversation with you may be needed to prevent any further misunderstandings.

Thank you,

Celeste M. Alexander

Exhibit 4-2

1

## Michael.Nellums

| From: | Cheryl Caldwell |
|---|---|
| Sent: | Thursday, December 04, 2014 10:24 PM |
| To: | Celeste Alexander; celestealexander1@yahoo.com |
| Cc: | Andrea Johnson; Brian Cansler; Dynasty Moore; Richard DelIlsola; Michael.Nellums; Reginald Wilson; Alesia Smith |
| Subject: | Clarification of 3rd Period Prep Period |
| Importance: | High |

FYI: Dr. Alexander, your scheduled conference prep period has always been 3rd period and Mr. Cansler (as a Digital Learning teacher during 3rd period only) volunteered to learn and monitor the I Can Learn system so that Mrs. Noland and Mr. Dell'Isola could send their students to the Math Lab on 3rd period. He will need to access to the I Can Learn Math program, in order to monitor the 3rd period class. Please, provide him with what he needs to serve these students. If you have any questions, please feel free to contact me. Thank you....

Cheryl Caldwell, Math Coach
PBHS

From: Celeste Alexander
Sent: Friday, October 31, 2014 7:16 AM
To: Cheryl Caldwell
Cc: Andrea Johnson
Subject: 3rd Period

Hello Ms. Caldwell,

Have you determined how the 3rd Period Geometry students will be transferred back to their classes? On what date will the transfer take place? What should I tell the students? How will the students receive credit for work they have completed in the I Can Learn system?

I have been assisting with the Economics Class and the Geometry students every day during 3rd period for the past 3 weeks (beginning October 13, 2014). Dr. Nellums and Mrs. Brown asked me to assist with Economics and Mr. Cansler volunteered (during PLC meeting) to learn the I Can Learn system so that Mrs. Noland and Mr. Dell'Isola could send students to the lab on 3rd period.

After receiving your e-mail on October 21, 2014, I realized that the Geometry students would be returning to their classes. I have been waiting for details on how to make this a smooth transition for the students and for the teachers. Working without a conference period has been difficult for me, but I have been helping to insure the transition is smooth when it occurs. Please advise me on how to proceed.

Celeste M. Alexander

Exhibit 5

1



*Principal*
Dr. MICHAEL NELLUMS

# PINE BLUFF HIGH SCHOOL
### 711 WEST 11TH STREET
### PINE BLUFF, ARKANSAS 71601
### (870) 543-4300
### (870) 543-4302 FAX

*Assistant Principals*

MRS. EARLEAN COLLINS
MRS. ANDREA JOHNSON
DR. REGINALD WILSON

December 5, 2014

Dr. Alexander:

I received the attached e-mail form Ms. Caldwell on yesterday. Mrs. Johnson has expressed some concerns that you have been "out of pocket during what should have been class times." We are all aware of the central offices mandate about the program, but if you have been assigned a standard prep period, you can't arbitrarily change that. As I mentioned to you in last month, you need to be available to assist the math program at all times. That's a part of your job. If you have rescheduled with teachers for some student drop-ins, please let Mrs. Stennis and Mrs. Johnson know.

Professionally,

Dr. Nellums

C: Mrs. Johnson
   Dr. Reginald Wilson
   file

*Exhibit 6*

*Committed to Excellence*

JAN-12-2016 10:28 From:ADMIN  8705434208  To:150*744189  P.27/45
10/5/2015                          No In.    Jonal Services Provided for January 28-30, 2015 (Dr. Ale   i)

Case 5:18-cv-00185-KGB   Document 13-6   Filed 01/25/19   Page 17 of 26

# No Instructional Services Provided for January 28-30, 2015 (Dr. Alexander)

**Cheryl Caldwell**

**Sent:** Friday, January 30, 2015 2:50 PM
**To:** Michael.Nellums; Reginald Wilson; Andrea Johnson; Earlean Collins; Alesia Smith
**Importance:** High

PBHS Leadership Team:

Dr. Celeste Alexander has not reported to the following classes (as assigned) to co-teach with the teachers for this week. I need administrative assistance:

January 28, 2015
------------------------

Margaret Whitman (5th, 6th, 7th) - No Instructional Services were provided

January 29, 2015
------------------------

Christa Perry (1st - 2nd) - No Instructional Services were provided
Margaret Whitman (5th, 6th, 7th)  - No Instructional Services were provided

January 30, 2015
------------------------

Christa Perry (1st - 2nd)  - No Services were provided
Margaret Whitman (5th, 6th, 7th)  - No Services were provided

Cheryl Caldwell, Math Coach
PBHS

*Exhibit 7*



*Principal*
Dr. Michael Nellums

**PINE BLUFF HIGH SCHOOL**
711 West 11th Street
Pine Bluff, Arkansas 71601
(870) 543-4300
(870) 543-4302 Fax

*Assistant Principals*

Mrs. Earlean Collins
Mrs. Anunra Johnson
Dr. Reginald Wilson

January 30, 2015

Dr. Alexander:

Please schedule a meeting as soon as possible with Dr. Wilson and Mrs. Johnson about this memo. This is not acceptable.

Professionally,

Dr. Nellums

C: Mrs. Johnson
   Dr. Reginald Wilson
   file

Exhibit 8

*Committed to Excellence*

*from the desk of*
Dr. Michael Nellums, Principal
Pine Bluff High School

# MEMO

March 4, 2015

Dr. Celeste Alexander
Math Department
Pine Bluff High School

Dr. Alexander:

I've had an opportunity to review your response to my memo dated February 19, 2015. There are obviously some points where you disagree with statements as presented in the document. However, at the end of the day you allude to not ever being insubordinate. Based upon your own statements, it is apparent you have the desire to fulfill your contractual obligations. I appreciate that and sincerely hope this marks the end of what appears to be uncertainty regarding your designated/assigned work responsibilities.

I have only one concern Dr. Alexander; and that is your work. You have sufficiently convinced me of your willingness to complete tasks as assigned, and so we move forward. Due to numerous instances of uncertainty and what is interpreted by you as a lack of clarity with directions that you've received on different occasions, please consider my directives as permanent and final for the remainder of the 2014-15 school year. Due to the loss of the lab, your schedule is as follows.

| | |
|---|---|
| 1st period | Gradpoint/Remediation |
| 2nd period | Gradpoint/Remediation |
| 3rd period | Prep Period |
| 4th period | Gradpoint/Remediation |
| 5th period | Gradpoint/Remediation |
| 6th period | Gradpoint/Remediation |
| 7th period | Gradpoint/Remediation |

If you have additional questions, please consult me or your department chair.

Sincerely,

Dr. Michael Nellums

C: file
Mrs L. Alexander, Math Department Chair
Andrea Johnson, Patterson Building Administrator

*Exhibit 9*

# SEXUAL HARASSMENT POLICY

As part of Pine Bluff School District's continuing equal employment opportunity efforts and pursuant to the guidelines on sex discrimination issued by the Equal Employment Opportunity Commission, the District endorses the following policy.

1. It is illegal and against the policies of the district for any employee, male or female, to sexually harass another employee, by (a) making unwelcome sexual advances or requests for sexual favors or other verbal or physical conduct of a sexual nature, a condition of an employee's continued employment, or (b) making submission to or rejections of such conduct the basis for employment decisions affecting the employee, or (c) creating an intimidating, hostile or offensive working environment by such conduct.

2. Any employee who believes he or she has been the subject of sexual harassment should report the alleged act as soon as possible to their supervisor, or if the problem is with their supervisor, to the superintendent of schools. An investigation of all complaints will be undertaken immediately. Any supervisor, agent or other employee who has been found by the district after appropriate investigation to have sexually harassed another employee will be subject to appropriate sanctions, depending on the circumstances, from a warning in his or her file up to and including termination.

3. Sexual harassment is sex discrimination under Title IX. It is the policy of the Pine Bluff School District to maintain a learning and working environment that is free from sex discrimination, including sexual harassment.

   It shall be a violation of this policy for any member of the district staff to harass a student through conduct or communications of a sexual nature as defined below. It shall also be a violation of this policy for students to harass other students or members of the district staff through conduct or communications of a sexual nature as defined below.

*Definitions*: Unwelcome sexual advances, requests for sexual favors and other inappropriate oral, written or physical conduct of a sexual nature when made by a member of the school staff to a student or when made by any student to another student constitute sexual harassment when:

a. Submission to such conduct is made, either explicitly or implicitly, a term or condition of an individual's education.

b. Submission to or rejection of such conduct by an individual is used as the basis for academic decisions affecting that individual.

c. Such conduct has the purpose or effect of substantially interfering with an individual's academic or professional performance or creating an intimidating, hostile, or offensive academic environment.

Sexual harassment, as defined above, may include but is not limited to the following: verbal harassment or abuse, pressure for sexual activity, repeated remarks to a person with sexual or demeaning implications, suggesting or demanding sexual involvement accompanied by implied or explicit threats concerning one's grades, job, etc., inappropriate patting or pinching, intentional brushing against a student's or an employee's body, any sexually motivated unwelcome touching.

IV-44

Exhibit 10

*Complaint Procedures:* Any person who alleges sex discrimination or sexual harassment by any staff member or student may use the district's equity complaint procedure or may complain directly to the building principal, guidance counselor, or to the equity coordinator, the individual designated to receive such complaints. Filing of a complaint or otherwise reporting sexual harassment or sex discrimination will not reflect upon the individual's status nor will it affect future employment, grades, or work assignments. Use of the provided reporting forms is optional.

Upon receipt of a report of sexual harassment, the building principal or guidance counselor or other staff member shall immediately notify the Equity Coordinator without screening or investigating the report. If the report is given verbally, the principal, counselor, or staff member will reduce it to a written form within 24 hours and forward it to the Equity Coordinator. Failure to report any sexual harassment report or complaint as provided will result in disciplinary action taken against that employee.

If the complaint involves the building principal or counselor, the complaint may be filed directly with the Superintendent or Equity Coordinator. If the complaint involves the Equity Coordinator, the complaint may be filed with the Superintendent. If the complaint involves the Superintendent, the complaint may be filed with the Equity Coordinator.

The Equity Coordinator shall immediately authorize an investigation, which may be conducted by school officials. A written report on the investigation will be provided to the Equity Coordinator within 10 school days of the complaint or report of sexual harassment

The investigation may consist of personal interviews with the person filing a complaint, the individual(s) against whom the complaint is filed, and others who may have knowledge of the alleged incident or circumstances surrounding the complaint.

In addition, the district may take immediate steps, at its discretion, to protect the person filing the complaint, students and employees pending the completion of the investigation.

The Equity Coordinator shall make a report to the Superintendent within two school days of the completion of the investigation.

4. Upon receipt of a recommendation that the complaint is valid, the district will take such action as appropriate based on the results of the investigation. If the harasser is a student, disciplinary action may include suspension or expulsion. If the harasser is an employee, disciplinary action may include termination or nonrenewal.

   The result of the investigation of each complaint filed under these procedures will be reported in writing to the person filing the complaint by the district. If the harasser is a student, the report will document the action taken as a result of the complaint to the extent permitted by law.

*Reprisal:* The district will discipline any individual who retaliates against any person who reports alleged sexual harassment or who retaliates against any person who testifies, assists or participates in an investigation proceeding related to a sexual harassment complaint. Retaliation includes, but is not limited to, any form of intimidation, reprisal, or harassment.

The District recognizes that the question of whether a particular action or incident is a purely personal, social relationship without a discriminatory employment effect requires a factual determination based on all the facts. To the extent possible, information provided and those who provided it will remain confidential. We trust that all employees of the district will continue to act responsibly to establish a pleasant working environment free of discrimination.

## PINE BLUFF PUBLIC SCHOOLS
## SEXUAL HARASSMENT OR SEXUAL DISCRIMINATION
## COMPLAINT FORM

**IMPORTANT (Please read):**     *Use of this reporting form is optional.*

Date of Alleged Violation_____

Check complaint being submitted:
_____Sexual Harassment
_____Sexual Discrimination

_____
**Employee Signature**

**Employee Name**_____
      **Building**                                    **Immediate Supervisor**

**Alleged Violation (Briefly Describe)**_____

_____

_____

_____

**Relief Sought**_____

_____

_____

_____

**Employee Signature**_____**Date**_____

_____
**(Office Use Only)**

**Equity Coordinator's Response to Complaint**_____

_____

_____

**Action Taken**_____

_____

_____

_____
**Signature/Position of Coordinator**                    **Date**

IV-46



# PINE BLUFF SCHOOL DISTRICT

512 S Pine St P.O. Box 7678 Pine Bluff, AR 71601
Phone: 870.543.4203 - 870.543 4204
Fax:    870.543 4208

## Office of the Superintendent

June 15, 2015

Mrs. Celeste Alexander
6001 South Cedar Street
Pine Bluff, Arkansas 71601

**Subject:** Sexual Harassment Allegation

Dear Ms. Alexander:

The sexual harassment claim filed against Dr. Michael Nellums has been investigated according to the Pine Bluff schools district policy. You were a staff member at Pine Bluff high school when you filed the claim against Dr. Michael Nellums. The claim contended that you lost your job because you rejected Dr. Nellums' sexual flirtations and advances. The investigation found that you were employed under grant funding and the position was to be discontinued at the end of the grant period. The investigation concluded that there was no evidence to support your claim of sexual harassment. Therefore, the administration must inform you that your claims against Dr Nellums could not be substantiated.

If you have any additional questions please feel free to contact me at (870) 543-4203.

Respectfully,

T.C Wallace, Interim Superintendent

CC: Mary Harvey, Human Resources
     Michael Nellums, Principal

Exhibit 11

# CHAPTER IV
## CERTIFIED TEACHING STAFF

A. **Employment Procedures**

   1. Employees of the district, except the superintendent of schools, shall be employed on nomination of the superintendent.

   2. If a person nominated is rejected by the board, the superintendent shall make another nomination.

   3. The superintendent shall see that those employed meet all qualifications established by the board and by the law for the position.

   4. Teachers transferring to the Pine Bluff School District, subsequent to employment in other school districts, will be hired on a one-year probationary status. Further, such teachers will certify that they are not under contract or have been released from contract by the school district they are leaving. Falsification of information which results in an invalidated contract will require the teacher to reimburse all monies received from the Pine Bluff School District.

   5. An application form which gives personal and professional characteristics of applicants shall be used in the selection of personnel.

   6. Funds will be budgeted for a search for teaching talent.

   7. The Pine Bluff School District is an equal opportunity employer and is dedicated to a policy of non-discrimination in hiring its employees. The district does not discriminate because of age, race, creed, color, sex, religion, national origin, or handicap.

   8. No certified employee of the Pine Bluff School District shall, on the basis of sex, race or handicap, be subjected to discrimination to the point of exclusion from programs and activities.

   9. Any person with a complaint against the district, in areas regulated by Title VI, Title IX and Section 504 of the Rehabilitation Act, should submit their grievance in writing to the district coordinator, Title VI, IX and Section 504 of the Rehabilitation Act.

   10. After proper review of the facts, followed by an appropriate remedy at the district coordinator's level, one may then appeal to the superintendent and subsequently the Board of Education, if deemed necessary.

Exhibit 12

IV-1

C.  **General Requirement for Employment**

    1.  Applicants must file a completed application form.

    2.  All certified personnel must file the following credentials in the central office before the first pay period.

        a   Arkansas Teaching Certificate.

        b.   Teacher Retirement number

        c.   Transcript of college credit.

        d.   Social Security number.

        e.   Health certificate.

    3.  Other factors which will be utilized in employment practices are:

        a.   Subject matter proficiency.

        b.   Personal appearance.

        c   Utilization of English language.

        d.   Voice.

        e.   Teaching experiences in district and out of district.

        f   Information and recommendations from previous employers, educational institution personnel, and supervising teachers.

        g.   It is not the policy of the Pine Bluff School District to pay the fee required for the Criminal Record Check required before employing a new certified employee. Prospective employees are responsible for paying the required fee.



Pine Bluff School District
Organization Chart
2015-2016

Positions Abolished for 2015-2016
Director of Business and Finance
Director of Federal and State Programs
Director of Human Resources Communications
Assistant Superintendent of Schools
Principle Executive School Improvement Officer

Board of Education

Legal Services

Superintendent

Chief of Staff

Administrative Assistant to Superintendent

Human Resources

Executive Director of Teaching and Learning

Public Relation & Communications

Professional Development

Coordinator of Testing and Assessments

Curriculum and Instructions

Elementary Principals

Instructor Coaches

Chief School Reform Officer

School Improvement

Secondary Principals

Instructor Coaches

Executive Director of Business and Finance

Coordinator of Accounts Payable /Receivables

Coordinator of State and Federal Programs

Coordinator of Food Services

Executive Director of Operations

Coordinator of Transportation

Coordinator of Bldg. /Grounds/ Maint.

Security

Coordinator of Technology

Coordinator of Student Services/Exceptional Education

Alternative Education

Athletic Director Sponsors/Coaches

Exhibit
13

JAN-12-2016 10:31 From:ADMIN   8705434208   To:15013744187   P.45/45