## U. S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**CELESTE M. ALEXANDER**                                **CHARGING PARTY**

**V.**                    **EEOC CHARGE NUMBER: 493-2016-00340**

**PINE BLUFF SCHOOL DISTRICT**                           **RESPONDENT**

### RESPONDENT'S FIRST AMENDED/SUBSTITUTED RESPONSE TO EEOC'S REQUEST FOR INFORMATION

The Respondent, Pine Bluff School District (the "District" or "School District" or "PBSD") for **Respondent's First Amended/Substituted Response to EEOC's Request for Information**, states as follows:

**Request Number 1:**   Give the correct name and address of the facility named in the charge.

**Response to Request Number 1:**   Respondent, Pine Bluff School District, is a public school district operating in Jefferson County in the state of Arkansas and its central office is located at 512 S. Pine Street, Pine Bluff, AR 71601.

**Request Number 2:**   State the total number of persons who were employed by your organization during the relevant period (June 1, 2015 - December 15, 2015). Include both full and part-time employees. How many employees are employed by your organization at the present time?

**Response to Request Number 2:**   The total number of employees of the District during the relevant period of June 1, 2015 and December 15, 2015, is a total of 886 employees, including both certified and non-certified.

**Request Number 3:**   Supply an organizational chart, statement, or documents which describe your structure, indicating, if any, the relationship between it and superior and subordinate establishments within the organization.

1

**Response to Request Number 3:**   The organizational chart for the District for the 2015-2016 school year was attached as **Exhibit 13** to the District's EEOC Position Statement. That exhibit is incorporated herein by reference.

**Request Number 4:**   Supply a statement or documents which identify the principal product or service of the named facility.

**Response to Request Number 4:**   The principal service of the Respondent is as a public educational institution in the state of Arkansas, serving the educational needs of students in Jefferson County, Arkansas at the elementary, middle school, junior high and high school levels.

**Request Number 5:**   State the legal status of your organization, i.e. corporation, partnership, tax-exempt non-profit, etc. If incorporated, identify the state of incorporation.

**Response to Request Number 5:**   The Respondent, Pine Bluff School District, by virtue of Ark. Code Ann § 6-13-102, is a body corporate that may exercise the powers and duties outlined therein as well as those powers in duties outlined in other relevant statutory and legal provisions.

**Request Number 6:**   (a)   State whether your organization has a contract with any agency of the federal government or is a subcontractor on a project which receives federal funding. (b) Is your organization covered by the provisions of Executive Order 11246? (c) If your answer is yes, has your organization been the subject of a compliance review by the OFCCP at any time during the past two years?

**Response to Request Number 6:**

(a)   Yes, based on reasonable information and belief, the Respondent is a recipient of federal funds for some of its programs, services or activities.

(b)   Yes, based on reasonable information and belief, the Respondent is covered by the provisions of Executive Order 11246 —- Equal Employment Opportunity.

(c)   No, based on reasonable information and belief, the Respondent has not been subject to a compliance review by the Office of Federal Contract Compliance Programs ("OFCCP"), U.S. Department of Labor, within the past two years.

**Request Number 7:**   Submit a written position statement on each of the allegations of the charge, accompanied by documentary evidence and/or written statements, where appropriate. Also, include any additional information and explanation you deem relevant to the charge.

**Response to Request Number 7:** See **Respondent's EEOC Position Statement** that is being filed simultaneously with this **Response to Request for Information** and that **EEOC Position Statement** (with attached exhibits) is incorporated herein by reference.

**Request Number 8:** Submit copies of all written rules, policies and procedures relating to the issue(s) raised in the charge. If such does not exist in written form, explain the rules, policies and procedures.

**Response to Request Number 8:** The District's policy on Sexual Harassment was attached as **Exhibit 10.** That policy also includes provisions prohibiting reprisal or retaliation against any person who reports alleged sexual harassment. The District's employment policy for certified personnel was attached as **Exhibit 12** to the Respondent's **EEOC Position Statement**. That policy outlines the District's policy of non-discrimination and equal employment opportunity. Those exhibits are incorporated herein by reference.

**ISSUE:     HIRING**

**Request Number 9:** Submit a copy of your hiring policies. If actual hiring practice is different from the written policy, describe the actual process.

**Response to Request Number 9:** A true and accurate copy of the District's hiring or employment policy for certified personnel was attached as **Exhibit 12** to **Respondent's EEOC Position Statement** and is incorporated herein by reference.

**Request Number 10:** Describe in detail the method(s) used by your organization to receive, screen, and process applications for employment for the position in question. Your description should include, but not be limited to, the following information:

    a.    The manner in which persons are recruited for the position in question,

    b.    The manner in which a person is determined to be an 'applicant' for the position,

    c.    Whether applications are solicited or accepted whether or not vacancies exist for the position,

    d.    The time period for which applications are considered active and the time period for which applications are retained,

    e.    The forms of written documentation used which reflect the solicitation, receipt and processing of an application,

  f. How applications for the position are reviewed for the purpose of selecting an applicant. Include the name, position, of persons responsible, and

  g. Whether applicants are interviewed during the application process and if so, by whom (include name, position, of individual(s)).

**Response to Request Number 10:** The math lab instructor position held by the Charging Party during the 2014-2015 school year was a temporary position (as made clear to the Charging Party at the time she was hired), funded by federal grant funds (Title 1) which were not renewed for the 2015-2016 school year for that position.

  Accordingly, no one was recruited for the math lab instructor position for the 2015-2016 school year; no one was an applicant for the math lab position during the 2015-2016 school year; no applications were either solicited or accepted for math lab instructor for the 2015-2016 school year; no applications were considered active for any period of time for math lab instructor for the 2015-2016 school year; there was no solicitation, receipt or processing of applications for math lab instructor for the 2015-2016 school year; there was no review of applications for math lab instructor for the 2015-2016 school year; and, there were no interviews for math lab instructor for the 2015-2016 school year.

**Request Number 11:** Provide the total number of applications received for the position in question during the relevant period. Submit copies of all applications and other records received from prospective employees.

**Response to Request Number 11:** Zero (0) applications were received for the position of math lab instructor during the relevant period.

**Request Number 12:** State whether the charging party applied for the position in question during the relevant period. If yes, for each time the charging party did apply, include the following:

  a. The date of and the nature of application, whether written or oral,

  b. A copy of the application and/or resume filed by the charging party and/or any other notation made during the processing of the charging party's application,

  c. The exact job title and job grade or wage level sought by the charging party, and

  d. Whether the charging party sought full-time, part-time, temporary, seasonal or other type of employment.

4

**Response to Request Number 12:** Neither the Charging Party nor any one else applied for the position of math lab instructor for the 2015-2016 school year because no such position was available in the District during the 2015-2016 school year; no such position was advertised or solicited during the 2015-2016 school year; no job title, job grade or wage level was sought by the Charging Party during the relevant period because the math lab instructor position was not available in the District during the relevant period; and, the District is not aware of Charging Party having filed an application for any other position in the District for which she was qualified during the relevant period.

**Request Number 13:** State whether the charging party was considered for the position. If our answer is no, state each reason why the charging party was not considered for the position.

**Response to Request Number 13:** No. Given that the position of math lab instructor did not exist for the 2015-2016 school year (or during the relevant period), the Charging Party could not be considered for that position during the 2015-2016 school year (or during the relevant period).

**Request Number 14:** State whether the position in question was filled during the relevant period. If your answer is yes, provide the following for each person selected for the position:

    a.    Name,

    b.    The date of and the nature of application, whether written or oral,

    c.    A copy of the application and/or resume filed by the charging party and/or any other notation made during the processing of the charging party's application,

    d.    The date on which the person applied for or otherwise indicated interest in the position,

    e.    The job title, and job grade or wage level for which the person was hired, and

    f.    The date the person was hired as full-time, part-time, temporary, seasonal or other.

**Response to Request Number 14:** No. The position was not filled during the relevant period because the position did not exist during the relevant period. Accordingly, the answers to subparts "a through f" of request number 14 above is: Not Applicable.

**Request Number 15:** State each and every reason why the charging party was not selected for the position in question. Provide any written documents which reflect the bases of the decision not to select the charging party. For each person involved in the decision not to select the charging party, list their name, position.

**Response to Request Number 15:** Not applicable. Please see responses to requests number 10-14 above. Those responses are incorporated into this response by reference.

**Request Number 16:** State each and every reason why you contend the person(s) selected for the position was/were selected instead of the charging party. Provide any written documents which reflect the bases of your decision to select those persons who were hired into the position. List all persons hired during the relevant period, including name, hire date, position applied for, position hired to.

**Response to Request Number 16:** Not applicable. Please see responses to requests number 10-14 above. Those responses are incorporated into this response by reference.

**BASIS:** **RETALIATION**

**Request Number 17:** List by name, and position all officials of your organization who have been informed of, or knew of all the allegations of discrimination made by the Charging Party, if any. For each person listed, state the date such notification was received, the nature of the notification, and the person's response to it. Submit all documents which state, describe, reference, or relate to the notification of the Charging Party's complaint.

**Response to Request Number 17:** The District is in the process of compiling the information that is (or may be) responsive to this request and it will be provided by way of an amendment to this response to information request.

**Request Number 18:** Describe any personnel action(s) involving Charging Party taken after the earliest date any person in your organization had knowledge of Charging Party's allegation(s) of discrimination. Submit all documents which state, describe, reference, or relate to these personnel actions.

**Response to Request Number 18:** The District is in the process of compiling the information that is (or may be) responsive to this request and it will be provided by way of an amendment to this response to information request.

WHEREFORE, the Respondent, PBSD, does hereby request that **Respondent's First Amended/Substituted Response to EEOC's Request for Information** be accepted by the EEOC as being in full compliance with the requirements of The Charge, the Notice of Charge of Discrimination, the Request for Information and any other applicable requirements; that Respondent be accorded any and all other relief to which it may be entitled.

RESPECTFULLY SUBMITTED,

Pine Bluff School District
512 S. Pine Street
Pine Bluff, AR  71601
Phone:      870-543-4205
Fax:         870-543-4208


By: __/s/ Dr. T. C. Wallace_____
      Dr. T.C. Wallace
      Interim Superintendent


## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have served a true and accurate copy of the foregoing **Respondent's First Amended/Substituted Response to EEOC's Request for Information** upon **Ms. Virginia C. Pollard**, Enforcement Supervisor, EEOC, Little Rock Area Office, 820 Louisiana, Suite 200, Little Rock, AR  72201, and upon the Charging Party, **Ms. Celeste M. Alexander**, 6001 S. Cedar Street, Pine Bluff, AR  71603, by using the electronic service portal's Digital Charge System or by faxing to the EEOC at 501-324-5991 or by placing the same in the U.S. Postal Service mail with proper postage on this 29th day of January, 2016.

By: ____/s/ Dr. T. C. Wallace_____
      Dr. T.C. Wallace
      Interim Superintendent