# Brett Chessin

| | |
|---|---|
| **From:** | Sara Collier <Sara.Collier@bxsi.com> |
| **Sent:** | Monday, October 03, 2016 3:13 PM |
| **To:** | ACE Apollo Professional Risk FNOL; Pelosi, Jacquelyn |
| **Cc:** | Bill Birch; Shannon Moore |
| **Subject:** | 10-03-16  ELL  Pine Bluff SD/ Alexander |
| **Attachments:** | LossNotice (31).pdf; Pine Bluff SD/ Celeste Alexander- NEW LAWSUIT (1.22 MB) |

## NOTE – JACKIE PELOSI IS THE DEDICATED ADJUSTER

*Sara Collier*
Senior Claims Specialist


Insurance Services, Inc.

(501) 614-1145 Phone
(501) 614-1445 Fax

Please report new claims to:  AR.Claims@bxsi.com

Sara.Collier@bxsi.com
www.bxsi.com

8315 Cantrell Road, Suite 300
Little Rock, AR 72227

Download our new mobile app for iPhone and Android.

*Changes to coverage are not effective until confirmation is received from a BancorpSouth Insurance Services, Inc. agent.*

1

# ACORD GENERAL LIABILITY NOTICE OF OCCURRENCE / CLAIM

SCOLLIER
DATE (MM/DD/YYYY): 10/3/2016

| AGENCY | INSURED LOCATION CODE | DATE OF LOSS AND TIME |
|---|---|---|
| BancorpSouth Insurance Services, Inc.<br>P. O. Box 251510<br>Little Rock, AR 72225 | | 10/03/2016 |

CARRIER: ACE American Insurance Company
NAIC CODE: 22667
POLICY NUMBER: EONG23670471002

CONTACT NAME:
PHONE (A/C, No, Ext): (501) 664-7705
FAX (A/C, No): (501) 664-8052
E-MAIL ADDRESS:
CODE:     SUBCODE:
AGENCY CUSTOMER ID: PINEBLU-05

## INSURED

NAME OF INSURED (First, Middle, Last): **Pine Bluff School District**
DATE OF BIRTH:    FEIN (if applicable):
PRIMARY PHONE #: (870) 543-4231   ☐ HOME ☒ BUS ☐ CELL
SECONDARY PHONE #:   ☐ HOME ☐ BUS ☐ CELL
INSURED'S MAILING ADDRESS:
PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:

## CONTACT — CONTACT INSURED

NAME OF CONTACT (First, Middle, Last): **Michael C. Robinson**
PRIMARY PHONE #: (870) 543-4231   ☐ HOME ☒ BUS ☐ CELL
SECONDARY PHONE #:   ☐ HOME ☐ BUS ☐ CELL
WHEN TO CONTACT:
CONTACT'S MAILING ADDRESS: P. O. Box 7678, Pine Bluff, AR 71611
PRIMARY E-MAIL ADDRESS: drmichaelrobinson2004@gmail.com
SECONDARY E-MAIL ADDRESS:

## OCCURRENCE

LOCATION OF OCCURRENCE
STREET:
CITY, STATE, ZIP:
COUNTRY:
DESCRIBE LOCATION OF OCCURRENCE IF NOT AT SPECIFIC STREET ADDRESS:

POLICE OR FIRE DEPARTMENT CONTACTED:
REPORT NUMBER:

DESCRIPTION OF OCCURRENCE (ACORD 101, Additional Remarks Schedule, may be attached if more space is required):
Celeste Alexander vs Pine Bluff SD and Michael Nellums, in his individual capacity, for acts that took place in his capacity as the high school principal. Mr. Nelums has pending EEOC claims against the District which The Bequette & Billingsley law firm is handling.
CODY KEES IS THE ATTY FOR THE DISTRICT
Tequiero M. "TK Smith, is atty for the plaintiff

## TYPE OF LIABILITY

PREMISES: INSURED IS   ☐ OWNER   ☐ TENANT
OWNER'S NAME & ADDRESS (If not insured):
TYPE OF PREMISES:
PRIMARY PHONE #:   ☐ HOME ☐ BUS ☐ CELL   SECONDARY PHONE #:   ☐ HOME ☐ BUS ☐ CELL
PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:

PRODUCTS: INSURED IS   ☐ MANUFACTURER   ☐ VENDOR
MANUFACTURER'S NAME & ADDRESS (If not insured):
TYPE OF PRODUCT:
PRIMARY PHONE #:   ☐ HOME ☐ BUS ☐ CELL   SECONDARY PHONE #:   ☐ HOME ☐ BUS ☐ CELL
PRIMARY E-MAIL ADDRESS:
SECONDARY E-MAIL ADDRESS:
WHERE CAN PRODUCT BE SEEN?

ACORD 3 (2013/01)     Page 1 of 4     © 1986-2013 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

| INJURED / PROPERTY DAMAGED | AGENCY CUSTOMER ID: PINEBLU-05 | SCOLLIER |
|---|---|---|

| NAME & ADDRESS (Injured/Owner) | EMPLOYER'S NAME & ADDRESS |
|---|---|
| PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL   SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL   SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
| PRIMARY E-MAIL ADDRESS: | PRIMARY E-MAIL ADDRESS: |
| SECONDARY E-MAIL ADDRESS: | SECONDARY E-MAIL ADDRESS: |
| AGE | SEX | OCCUPATION | DESCRIBE INJURY |
| WHERE TAKEN | WHAT WAS INJURED DOING? |
| DESCRIBE PROPERTY (Type, model, etc.) | ESTIMATE AMOUNT | WHERE CAN PROPERTY BE SEEN? |

**WITNESSES**

| NAME AND ADDRESS | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
|---|---|---|
| | PRIMARY E-MAIL ADDRESS: | |
| | SECONDARY E-MAIL ADDRESS: | |
| NAME AND ADDRESS | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
| | PRIMARY E-MAIL ADDRESS: | |
| | SECONDARY E-MAIL ADDRESS: | |
| NAME AND ADDRESS | PRIMARY PHONE # ☐ HOME ☐ BUS ☐ CELL | SECONDARY PHONE # ☐ HOME ☐ BUS ☐ CELL |
| | PRIMARY E-MAIL ADDRESS: | |
| | SECONDARY E-MAIL ADDRESS: | |

**REMARKS (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)**

| REPORTED BY | REPORTED TO |
|---|---|
| Michael Robinson | Sara Collier |

AGENCY CUSTOMER ID: PINEBLU-05          SCOLLIER

### APPLICABLE IN ALABAMA

Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

### APPLICABLE IN ALASKA

A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete, or misleading information may be prosecuted under state law.

### APPLICABLE IN ARIZONA

For your protection, Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

### APPLICABLE IN ARKANSAS, DELAWARE, KENTUCKY, LOUISIANA, MAINE, MICHIGAN, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH DAKOTA, PENNSYLVANIA, RHODE ISLAND, SOUTH DAKOTA, TENNESSEE, TEXAS, VIRGINIA, AND WEST VIRGINIA

Any person who knowingly and with intent to defraud any insurance company or another person, files a statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact, material thereto, commits a fraudulent insurance act, which is a crime, subject to criminal prosecution and [NY: substantial] civil penalties. In LA, ME, TN, and VA, insurance benefits may also be denied.

### APPLICABLE IN CALIFORNIA

For your protection, California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

### APPLICABLE IN COLORADO

It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policy holder or claimant for the purpose of defrauding or attempting to defraud the policy holder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

### APPLICABLE IN THE DISTRICT OF COLUMBIA

Warning: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits, if false information materially related to a claim was provided by the applicant.

### APPLICABLE IN FLORIDA

Pursuant to S. 817.234, Florida Statutes, any person who, with the intent to injure, defraud, or deceive any insurer or insured, prepares, presents, or causes to be presented a proof of loss or estimate of cost or repair of damaged property in support of a claim under an insurance policy knowing that the proof of loss or estimate of claim or repairs contains any false, incomplete, or misleading information concerning any fact or thing material to the claim commits a felony of the third degree, punishable as provided in S. 775.082, S. 775.083, or S. 775.084, Florida Statutes.

### APPLICABLE IN HAWAII

For your protection, Hawaii law requires you to be informed that presenting a fraudulent claim for payment of a loss or benefit is a crime punishable by fines or imprisonment, or both.

### APPLICABLE IN IDAHO

Any person who knowingly and with the intent to injure, defraud, or deceive any insurance company files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

### APPLICABLE IN INDIANA

A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

AGENCY CUSTOMER ID: <u>PINEBLU-05</u>　　　　SCOLLIER

### APPLICABLE IN KANSAS
Any person who, knowingly and with intent to defraud, presents, causes to be presented or prepares with knowledge or belief that it will be presented to or by an insurer, purported insurer, broker or any agent thereof, any written statement as part of, or in support of, an application for the issuance of, or the rating of an insurance policy for personal or commercial insurance, or a claim for payment or other benefit pursuant to an insurance policy for commercial or personal insurance which such person knows to contain materially false information concerning any fact material thereto; or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act.

### APPLICABLE IN MARYLAND
Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

### APPLICABLE IN MINNESOTA
A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

### APPLICABLE IN NEVADA
Pursuant to NRS 686A.291, any person who knowingly and willfully files a statement of claim that contains any false, incomplete or misleading information concerning a material fact is guilty of a felony.

### APPLICABLE IN NEW HAMPSHIRE
Any person who, with purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

### APPLICABLE IN OHIO
Any person who, with intent to defraud or knowing that he/she is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

### APPLICABLE IN OKLAHOMA
WARNING: Any person who knowingly and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

### APPLICABLE IN WASHINGTON
It is a crime to knowingly provide false, incomplete, or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

# Brett Chessin

| | |
|---|---|
| **From:** | Cody Kees <ckees@bbpalaw.com> |
| **Sent:** | Monday, October 03, 2016 12:49 PM |
| **To:** | Bill Birch; Sara Collier |
| **Cc:** | Jay Bequette |
| **Subject:** | Pine Bluff SD/ Celeste Alexander- NEW LAWSUIT |
| **Attachments:** | Complaint.pdf |

Bill and Sara,

Attached is a lawsuit that has been filed against the Pine Bluff District, but no service to date. There was a related EEOC claim and investigation by the Arkansas Department of Education Professional Licensure Standards Board, which dismissed the allegations. The EEOC issued a right to sue letter on June 24, 2016.

The Complaint also names a District employee, Michael Nellums, in his individual capacity, but for acts that took place in his capacity as the high school principal. Mr. Nellums has pending EEOC claims against the District which this firm is handling. Mr. Nellums has asked our firm to defend him in this matter as well, he was actually the person who notified us suit was filed, but we are sure Chubb will want to access any potential conflict in deciding on who will be his counsel.

The District Superintendent is aware suit has been filed and is to alert us when they are served.

Thanks,

Cody

Cody Kees
*Bequette & Billingsley, P.A.*
Attorneys At Law
425 West Capitol Avenue
Suite 3200
Little Rock, Arkansas 72201-3469
Telephone: (501) 374-1107
Cellular: (870) 550-3645
Facsimile: (501) 374-5092
ckees@bbpalaw.com

1