FROM: Cody Kees
TO: Kelly, Whit
CC: Khayyam M. Eddings; Jay Bequette
BCC:
SUBJECT: [EXTERNAL] RE: Mediation; Alexander v. PBSD, et al.
Whit,

Attached are the documents.  The EEOC proceedings were handled by the
District's previous counsel.  I don't have the right to sue letter
handy, but I know it was issued June 24, 2016.

From: Kelly, Whit [mailto:Whit.Kelly@Chubb.com]
Sent: Monday, November 27, 2017 12:15 PM
To: Cody Kees <ckees@bbpalaw.com>
Cc: Khayyam M. Eddings <KEddings@fridayfirm.com>; Jay Bequette
<jbequette@bbpalaw.com>
Subject: RE: Mediation; Alexander v. PBSD, et al.

Cody,

Do you know if/when the School District received the initial charge?
Also, was a response filed or a Right to Sue issued?

I had initially requested this information from the School District but
did not receive it.

Best,

Chubb Logo

Whit Kelly, Esq.
Claims Specialist, North American Financial Lines Claims-EPL

11575 Great Oaks Way, Suite #300

Alpharetta, GA 30022
O 678-795-4292

C 334-790-4449
E whit.kelly@chubb.com <mailto:whit.kelly@chubb.com>

ACE and Chubb are now one.


From: Cody Kees [mailto:ckees@bbpalaw.com]
Sent: Wednesday, November 22, 2017 10:05 AM
To: Kelly, Whit
Cc: Khayyam M. Eddings; Jay Bequette
Subject: RE: Mediation; Alexander v. PBSD, et al.


They are attached.  Thanks


From: Kelly, Whit [mailto:Whit.Kelly@Chubb.com]
Sent: Wednesday, November 22, 2017 8:55 AM
To: Cody Kees <ckees@bbpalaw.com>
Cc: Khayyam M. Eddings <KEddings@fridayfirm.com>; Jay Bequette
<jbequette@bbpalaw.com>
Subject: RE: Mediation; Alexander v. PBSD, et al.


Cody,

Thank you for the report. Do you have a copy of Alexander's grievance filed in June 2015 and a copy of the initial EEOC charge? I am reviewing our file and noticed that we never received a copy. I need these documents for our file.

I have set up a meeting with my manager to discuss this matter early next week. I will be in touch after our meeting to discuss our strategy. Best,

Chubb Logo

Whit Kelly, Esq.
Claims Specialist, North American Financial Lines Claims-EPL

11575 Great Oaks Way, Suite #300

Alpharetta, GA 30022
O 678-795-4292

C 334-790-4449
E whit.kelly@chubb.com <mailto:whit.kelly@chubb.com>

ACE and Chubb are now one.

From: Cody Kees [mailto:ckees@bbpalaw.com]
Sent: Tuesday, November 21, 2017 12:09 PM
To: Kelly, Whit
Cc: Khayyam M. Eddings; Jay Bequette
Subject: RE: Mediation; Alexander v. PBSD, et al.

Whit,

Attached is the Preliminary Litigation Report.