**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PINE BLUFF SCHOOL DISTRICT**                              **PLAINTIFF**

**VS.**                  **NO. 5:18CV185-KGB**

**ACE AMERICAN INSURANCE COMPANY**                 **DEFENDANT**

**RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

1. Plaintiff, Pine Bluff School District ("PBSD"), denies that Defendant's Motion for Summary Judgment (Docket No. 13), should be granted.

2. Plaintiff contends that it gave timely and proper notice to Defendant in regards to the lawsuit brought by Celeste Alexander as to invoke coverage under the 2016 Policy.

3. The arguments raised in Defendant's Motion for Summary Judgment do not entitle it to summary judgment, because there are ambiguities in the policies issued by Defendant that create significant issues of fact for the jury to decide.

4. Alternatively, the doctrines of waiver and estoppel should preclude Defendant from denying coverage under the Policy.

5. Plaintiff incorporates, by reference, the exhibits attached to Defendant's Motion, and attaches to this Response as Exhibit 1, ACE American Insurance Company's Responses to Plaintiff's Interrogatories and Requests for

Production, along with excerpts from the documents produced in conjunction with those discovery responses. Attached as Exhibit 2 to this Response, is an Affidavit of Khayyam Eddings.

6. Plaintiff asks the Court for a hearing on the Motion for Summary Judgment.

7. A supporting brief is being filed contemporaneously herewith.

**PINE BLUFF SCHOOL DISTRICT, PLAINTIFF**

By:  **/S/ DAVID A. HODGES**
**DAVID A. HODGES**
**Attorney at Law**
**Centre Place**
**212 Center Street, Fifth Floor**
**Little Rock, Arkansas 72201-2429**
**Arkansas Bar No. 65021**
**Telephone: (501) 374-2400**
**Facsimile:  (501) 374-8926**
**E-Mail:       david@hodgeslaw.com**
**Website:    www.hodgeslaw.com**

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby certify that on April 26, 2019 I electronically transmitted the foregoing to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel who have entered an appearance in this action.

David B. Vandergriff
Quattlebeaum, Groom & Tull, PLLC
111 Center Street, Suite 1900
Little Rock, AR 72201

                /s/ David A. Hodges