IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**PINE BLUFF SCHOOL DISTRICT**                                     **PLAINTIFF**

**VS.**                    **NO. 5:18CV185-KGB**

**ACE AMERICAN INSURANCE COMPANY**                    **DEFENDANT**

## AFFIDAVIT OF KHAYYAM EDDINGS

State of Arkansas        )
                         ) ss.
County of Pulaski        )

1. My name is Khayyam Eddings. I am more than eighteen (18) years of age and am competent to make this Affidavit.

2. I am attorney at the law firm of Friday, Eldredge & Clark, LLP.

3. I was the attorney for Michael Nellums, in his individual capacity ("Nellums"), in a lawsuit filed by Celeste Alexander in the Eastern District of Arkansas, Civil Action No. 5:16-cv-00300-BSM.

4. Attached to this Affidavit are two exhibits, which consist of e-mail communications between myself and other individuals. I am familiar with the contents of these communications, and can state that the exhibits accurately reflect e-mail communications either sent and received by me.

5. Attached hereto as Exhibit A is an e-mail string dated November 30, 2016, that includes communications between Missy Duke (an attorney at the law firm of Cross, Gunter, Witherspoon & Galchus, P.C.), Nellums, and myself.

PLAINTIFF'S EXHIBIT 2

6. Attached hereto as Exhibit B, is an e-mail string dated December 1, 2016, that includes communications between my assistant Cindy Bedsole, Whit Kelly, Esq., and myself.

7. ACE American Insurance Company hired me to represent Nellums in the case brought by Celeste Alexander. *See* Exhibit B. It was my understanding that ACE originally approached Missy Duke to represent Nellums in the Alexander case. However, Nellums expressed concerns about a conflict and stated that he wanted me to represent him in the Alexander suit. *See* Exhibit A. In one of the e-mail communications on which I was copied, Missy Duke stated "I have spoken to Whit Kelly of Chubb. He has no problem with Khayyam handling this matter for you and said I could let you know that you may use him as your counsel." Exhibit A at p. 2.

8. I subsequently contacted Whit Kelly to discuss the case. He responded by providing information regarding the claim and confirming the rates of payment for services provided by my firm and myself, stating that "I look forward to working with you." Exhibit B at p. 2.

9. Until shortly before February 14, 2018, when ACE issued its letters changing its coverage position, it was my understanding that ACE treated the Alexander case as a covered claim.

10. Even after ACE changed its coverage position, I still represented

2

Nellums through the completion of the Alexander matter. However, despite having hired me in the first place, ACE did not pay fees and expense related to the representation of Nellums after it changed its coverage position.

*KHAYYAM EDDINGS*

## VERIFICATION

State of Arkansas      )
                       ) ss.
County of Pulaski      )

On this day personally appeared before me Khayyam Eddings and states that the above and foregoing is true and correct to the best of his knowledge and belief.

WITNESS MY HAND and official seal this 25th day of April, 2019.

*Kellie Hill-Davis*
Notary Public

My Commission Expires:

1-28-2025

(Seal)



3

## Khayyam M. Eddings

**From:** Missy Duke <mduke@cgwg.com>
**Sent:** Wednesday, November 30, 2016 9:25 AM
**To:** Khayyam M. Eddings
**Subject:** RE: Representation and potential conflict

Sounds good.

MISSY MCJUNKINS DUKE | ATTORNEY



Cross, Gunter, Witherspoon & Galchus, P.C.

mduke@cgwg.com | www.cgwg.com

(501) 371-9999 | Fax: (501) 371-0035

500 President Clinton Avenue, Suite 200

Little Rock, Arkansas 72201

CONFIDENTIALITY STATEMENT

This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.

---

**From:** Khayyam M. Eddings [mailto:KEddings@fridayfirm.com]
**Sent:** Wednesday, November 30, 2016 9:05 AM
**To:** Missy Duke
**Subject:** Fwd: Representation and potential conflict

FYI. I'm over at Fulbright this morning and will call you when I get back downtown.

Sent from my iPhone

Begin forwarded message:

> **From:** Michael <michaelnellums@yahoo.com>
> **Date:** November 30, 2016 at 8:57:21 AM CST
> **To:** "KEddings@fridayfirm.com" <KEddings@fridayfirm.com>
> **Subject: Fwd: Representation and potential conflict**



EXHIBIT A

1

Sent from my iPhone

Begin forwarded message:

> **From:** Missy Duke <mduke@cgwg.com>
> **Date:** November 29, 2016 at 9:29:16 PM CST
> **To:** 'Michael Nellums' <michaelnellums@yahoo.com>
> **Subject: RE: Representation and potential conflict**
>
> I have spoken to Whit Kelly of Chubb. He has no problem with Khayyam handling this matter for you and said I could let you know that you may use him as your counsel. Whit will reach out to Khayyam in the next few days. Please be sure to let Khayamm know that you were served last week.
>
> Thanks.
>
> Missy
>
>
> MISSY MCJUNKINS DUKE | ATTORNEY
>
> <image001.png>
>
> mduke@cgwg.com | www.cgwg.com
>
> (501) 371-9999 | Fax: (501) 371-0035
>
> 500 President Clinton Avenue, Suite 200
>
> Little Rock, Arkansas 72201
>
> CONFIDENTIALITY STATEMENT
>
> This electronic message transmission, and any prior or subsequent transmissions in the same "e-mail chain", contains information from the law firm of Cross, Gunter, Witherspoon & Galchus, P.C. and is confidential or privileged. The information is intended to be for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (501-371-9999) immediately.
>
> ---
>
> **From:** Michael Nellums [mailto:michaelnellums@yahoo.com]
> **Sent:** Monday, November 28, 2016 11:22 AM
> **To:** Missy Duke
> **Cc:** Michael Nellums
> **Subject:** Representation and potential conflict
>
> Missy:
>
> After our initial consultation in your office, I thought about the concerns we shared when we signed the wavier. In this particular case you are jointly representing the districts interest and mine. You are also aware of a pending issue that I have with the district regarding an EEOC complaint

2

that could very well end up back on your desk (via the insurance company). Additionally, I am also aware of the case with From the Heart, as I know Dr. Milton personally.

With all of those factors in play, I would like for Kyamm Eddings to represent me individually in this matter, while you represent the district. I think that would avert a potential conflict down the road, and I know that you guys can work together. I know he's done work for ACE before, and I think it's best for all parties to pursue this route.

If you need to reach me, you have my number.


*Dr. Michael Nellums*

# Khayyam M. Eddings

**From:** Khayyam M. Eddings
**Sent:** Thursday, December 01, 2016 8:30 AM
**To:** Cindy Bedsole
**Subject:** FW: Alexander v. Pine Bluff School District

New case report

KHAYYAM M. EDDINGS   |   ATTORNEY


**FRIDAY | ELDREDGE & CLARK LLP**
CLIENT FOCUSED EVERY DAY

KEddings@fridayfirm.com   |   Direct: (501) 370-1417   |   Fax (501) 537-2903
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522   |   www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1417 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

**From:** Kelly, Whit [mailto:Whit.Kelly@Chubb.com]
**Sent:** Thursday, December 01, 2016 8:26 AM
**To:** Khayyam M. Eddings
**Subject:** RE: Alexander v. Pine Bluff School District

Mr. Eddings,

Claim number-JY16J0554015
Self-insured retention-$25k

Friday, Eldredge & Clark panel rates: $180/partner, $160/associate, $90/paralegal

Let me know if you need anything else. I look forward to working with you.

Best,

CHUBB

**Whit Kelly, Esq.**
Claims Specialist, North American Financial Lines Claims-EPL

11575 Great Oaks Way, Suite #200
Alpharetta, GA 30022
O 678-795-4292
E whit.kelly@chubb.com

ACE and Chubb are now one.

**From:** Khayyam M. Eddings [mailto:KEddings@fridayfirm.com]
**Sent:** Thursday, December 01, 2016 9:04 AM



1

**To:** Kelly, Whit
**Subject:** Alexander v. Pine Bluff School District

Mr. Kelly:

This is a follow up to the voicemail that I left for you yesterday afternoon. Missy Duke forwarded me your contact information along with her file in matter involving Dr. Nellums and the Pine Bluff School District. I have calendared that a responsive pleading is due on or before December 14, 2016. At your earliest convenience, please give me a call to discuss this matter. I look forward to speaking with you.

Best,
Khayyam

KHAYYAM M. EDDINGS  |  ATTORNEY



**FRIDAY | ELDREDGE & CLARK LLP**
CLIENT FOCUSED EVERY DAY

KEddings@fridayfirm.com  |  Direct: (501) 370-1417  |  Fax (501) 537-2903
400 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201-3522  |  www.FridayFirm.com

This e-mail message and any attachments contain confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you have received this e-mail in error, please immediately notify us by return e-mail or by telephone at 501-370-1417 and delete this e-mail. Please note that if this e-mail contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Friday, Eldredge & Clark, LLP. Receipt of e-mail does not establish an attorney-client relationship.

This email (including any attachments) is intended for the designated recipient(s) only, and may be confidential, non-public, proprietary, and/or protected by the attorney-client or other privilege. Unauthorized reading, distribution, copying or other use of this communication is prohibited and may be unlawful. Receipt by anyone other than the intended recipient(s) should not be deemed a waiver of any privilege or protection. If you are not the intended recipient or if you believe that you have received this email in error, please notify the sender immediately and delete all copies from your computer system without reading, saving, printing, forwarding or using it in any manner. Although it has been checked for viruses and other malicious software ("malware"), we do not warrant, represent or guarantee in any way that this communication is free of malware or potentially damaging defects. All liability for any actual or alleged loss, damage, or injury arising out of or resulting in any way from the receipt, opening or use of this email is expressly disclaimed.