## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**PINE BLUFF SCHOOL DISTRICT**                                        **PLAINTIFF**

**v.**                          **Case No. 5:18-cv-00185-KGB**

**ACE AMERICAN INSURANCE COMPANY**                          **DEFENDANT**

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, the Court grants

defendant ACE American Insurance Company's motion for summary judgment against plaintiff

Pine Bluff School District (Dkt. No. 13).  Pine Bluff School District's claims are dismissed with

prejudice.

So adjudged this 12th day of July, 2019.

_____
Kristine G. Baker
United States District Judge