**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PINE BLUFF SCHOOL DISTRICT**                                              **PLAINTIFF**

**VS.**                    **NO. 5:18CV185-KGB**

**ACE AMERICAN INSURANCE COMPANY**                              **DEFENDANT**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff, Pine Bluff School District ("PBSD"), hereby appeals to the United States Court of Appeals for the 8th Circuit from the following:

1. Judgment entered July 12, 2019, dismissing Plaintiff's claims with prejudice. Docket No. 40.

2. Opinion and Order entered July 12, 2019, granting Defendant's Motion for Summary Judgment.  Docket 39.

3. Any and all other adverse rulings by the District Court.

        **PINE BLUFF SCHOOL DISTRICT, PLAINTIFF**

        By:   **DAVID A. HODGES**
              **DAVID A. HODGES**
              **Attorney at Law**
              **Centre Place**
              **212 Center Street, Fifth Floor**
              **Little Rock, Arkansas 72201-2429**
              **Arkansas Bar No. 65021**
              **Telephone: (501) 374-2400**
              **Facsimile:  (501) 374-8926**
              **E-Mail:     david@hodgeslaw.com**
              **Website:    www.hodgeslaw.com**